# <u>Exhibit B</u>

DocuSign Envelope ID: D9D2C291-58F4-407L-87A9-42AB9D52ABB5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X

STEVEN MANFREDO, on behalf of himself and all others : 
similarly situated, :

                                                      :    Case No.:

                            Plaintiff,      :    20 Civ. 3728 (MKB)(AYS)

         - against –                  :

                                                      :

VIP AUTO GROUP OF LONG ISLAND, INC., :
LEVITTOWN FORD LLC, WESTBURY JEEP CHRYSLER :
DODGE, INC., WESTBURY IMPORTS LLC f/k/a :
WESTBURY FIAT LLC, d/b/a ALFA ROMEO OF :
WESTBURY and FIAT OF WESTBURY, GRAND PRIX :
SUBARU, LLC, LINDENHURST SUBARU LLC d/b/a :
SOUTH SHORE SUBARU, VIP OF HUNTINGTON, LLC :
f/k/a and d/b/a VOLVO CARS OF HUNTINGTON, LLC, :
GARDEN CITY JEEP CHRYSLER DODGE, LLC, and :
JOEL SPORN, :

                                              :

                            Defendants.     :

-------------------------------------------------------------------------- X

I, Steven Manfredo, declare as follows:

1.      I make the following declaration based on my own personal knowledge and am competent to testify on the matters presented in this declaration.

**<u>Employment History</u>**

2.     I began my employment with VIP Auto Group of Long Island, Inc. ("VIP Auto") in March 2018.

3.     I worked at VIP Auto's dealership located 3195 Hempstead Turnpike, Levittown, New York 11756, commonly referred to as Levittown Ford.

4.     I worked for VIP Auto as a Sales Professional.

5.     Initially, in this role, I worked on showroom floor selling cars to customers. Later, I began working out of the service department selling new cars to existing customers who are getting their vehicles serviced.

DocuSign Envelope ID: D9D2C281-58F4-407L-87A9-A2AB9D52ABB5

## Job Duties

6.      As a Sales Professional, I was responsible for assisting customers and selling VIP Auto's cars, trucks, and vans to them.

7.      I and other sales employees, were required to, among other things:  (a) sell, lease, and deliver a minimum number of unites pre month; (b) approach, greet, and offer assistance and direction to customers who enter the dealership showroom or sales lot; (c) assist customers in selecting a vehicle by asking questions, describing the product, and explaining optional equipment; (d) offer test drives; (e) keep abreast of new products, features, accessories; (f) attend training courses; (g) complete necessary paperwork, including sales orders; and (h) prepare sold vehicles for delivery to the customer before they arrive and deliver the vehicles to the customers, ensuring that the customer understands the vehicle's operating features, warrant, and paperwork.

8.      From about April 2019 through March 2020, I was assigned to perform sales in Vehicle Exchange.  In this role I would start my day working out of the service department to sell vehicles to existing customers who were at the dealership because they brought their vehicle to get serviced.

## Hours Worked

9.      Throughout my employment with VIP, I was scheduled to worked 50 or more hours a week.

10.      A typical schedule of mine is attached as Exhibit 1.  This schedule was from when I first started working for VIP.  It typifies my scheduled hours from the start of my employment through April 2019.  That is, this was my schedule before I started working in Vehicle Exchange.

DocuSign Envelope ID: D9D2C281-58F4-407L-87A9-42AB9D52ABB5

11.     When I worked in Vehicle Exchange, starting in or about April 2019, I was scheduled to work Monday through Friday from 7:00 am to 5:00 pm.  I would start my day working out of the service department and then, at about 10:00 am, I would transition to the showroom.

12.     Although I was typically scheduled to work about 50 hours a week, I worked beyond my scheduled hours and regularly worked over 60 hours a week.

13.     As a Sales Professional, my main goal was to sell vehicles to customers.  Because customers often compared vehicles across different makes, models, and, ultimately, dealerships, it was important to keep the potential customers happy and give them constant attention.  I had to remain flexible and work outside of my regular schedule.

14.     For example, I regularly had phone calls and text messaged with customers outside of my scheduled shifts.  I always gave customers my business card, which included my email, when I met with them in the dealership.  I would also handwrite my cell number on the card, at times, if I thought the customer was a good lead and could use extra attention.  Even when I did not give the customer my cell number, if that customer called on my day off the receptionist would either transfer the call to my cell or give my number to the customer.  As a result, I would regularly respond to questions from customers and schedule test drives, deliveries, and meetings with them before my shift, after my shift, or on my days off.  On average, I spent several hours per week actively communicating with customers while outside of the dealership.  Sometimes, these exchanges could last hours from start to finish because I had to check numbers, contact my coworkers to gather information, or wait for the customer to follow up.

15.     There are a lot that goes into making a sale and it requires coordination of the sales, finance, and management team, among others.  As a result, I regularly communicated with

DocuSign Envelope ID: D9D2C281-58F4-407L-87A9-42AB9D52ABB5

other VIP Auto employees by email and phone outside of my scheduled hours.  This would include discussing down payments, warranty requests, deal status, the location of vehicle keys, and other matters.  On average, I spent about an hour or two per week communicating with my coworkers outside of my scheduled hours.

16. My fellow Sales Professionals and I also had to come into the dealership on our days off to handle deliveries and other matters.  A "delivery" is the term used to describe when we hand the purchased vehicle, keys, title, and necessary paperwork over to the customer.  It is the responsibility of the Sales Professional completing the sale to deliver the vehicle.  Depending on my schedule, how long it takes to physically get the vehicle ready, and the customer's schedule, sometimes deliveries were scheduled on my days off or before/after my shift.  A delivery usually takes about an hour and a-half, at best, if nothing goes wrong or gets delayed, but generally over two hours.  This occurred on a near-weekly basis.

17. VIP Auto required us to meet certain sales targets and goals.  And, as commission-paid employees, Sales Professionals had to make sales earn a decent income.  As a result, if I was behind on sales or had been underperforming in terms of the commissions I had earned, I would come in early or on my day off to follow up on leads, complete paperwork, run numbers for potential customers, or meet with customers.  Before I started in Vehicle Exchange, I was regularly arriving no less than 30 minutes early per day to do such work.

18. To complete my work and make sales, I regularly had to stay later than my scheduled shifts.  This would often occur when completing a "spot delivery," which is when you sell a vehicle and complete the deal – customer drives home with the vehicle – the same day.  If I started a sale towards the end of my shift, I would have stay until the sale was complete.

- 4 -

DocuSign Envelope ID: D9D2C281-58F4-407L-87A9-42AB9D52ABB5

Additionally, I had to stay beyond my scheduled shift because customers were late to scheduled meetings, there were problems confirming a customer's insurance, or work was backed up in other departments (such as finance). On average, I stayed beyond my regular end time three or more days per week. This could be anywhere from 30 minutes to four hours per day.

19.    I also regularly did not take a full 30-minute uninterrupted meal break because I was either too busy meeting with customers, following up on leads, or completing paperwork, or I was either interrupted by a customer while eating or I would make calls while at my desk. I took 20 minutes or less of

### Wages Paid

20.    As a Sales Professional, VIP Auto paid me $300 in a weekly salary plus a $100 salary bonus, if I met certain targets:  my Group Salesperson Score needed to be over the average and 12 units had to be sold in the prior month. I then earned commissions based on the profitability of the sale and certain other bonuses.

21.    If I did not make any sales, I did not earn and was not paid anything above my salary.

22.    As a result, there were a number of weeks in which I was only paid, regardless of how many hours I worked. This includes the weeks covered by the paystubs in Exhibit 2.

### Other Sales Professionals Like Me

23.    Other Sales Professionals performed the same or similar duties that I performed and that are outlined in VIP Auto's policies and handbook. I know this because I worked alongside other Sales Professionals, and I witnessed them performing the same job duties as me. VIP Auto

DocuSign Envelope ID: D9D2C281-58F4-4071-87A9-A2AB9D52ABB5

requires Sales Professionals to shadow other Sales Professions as part of their training when they are hired.

24.      In addition to those Sales Professional listed in Exhibit 1, I worked with Brad Simon, Jody (last name unknown), and numerous others whose names I cannot recall.

25.      Sales Professionals performed the same or similar duties across VIP Auto's various dealerships.   I believe this because, among other things, certain Sales Professionals were transferred between the various dealerships.   For instance, Manuel Mori later went to the Huntington Volvo location and Zack Ortmann went to Garden City Jeep.

26.      Other Sales Professionals, including those listed in Exhibit 1, were scheduled to work over 55 hours a week.

27.      I know that they worked extra hours on top of their scheduled shifts because I saw them working outside of their scheduled hours. That is, as described above, I witnessed my fellow Sales Professionals working while eating, working on their days off, or coming in early or leaving later.  I've also spoken with other Sales Professionals, such as Brad Simon, a about having to come in on a day off, stay late, or otherwise work outside of our schedules.

28.      Given the requirements of the job, other Sales Professionals must have been working additional hours on top of their schedule, just like me.  That is, Sales Professionals are required to do what takes to satisfy the customer and make a sale.  VIP monitors the reviews Sales Professionals, and its dealerships receive, including on Cars.com and Dealerrater.com, which is very important to them.  This pressure to make customers happy, coupled with the need to make sales to earn a living, encourages Sales Professionals to work beyond their regular shifts.

29.     Like most dealerships, VIP only pays commissions and bonuses to the Sales Professional whom completes the final sales paperwork.  As a result, a Sales Professional could spend hours meeting with a customer, taking that person on a test drive, and working up all the potential specs and payment plans, but not get credited with the sale if that customer were to return on that Sales Professional's day off to make the purchase.  This fear of losing out on a sale – after investing hours of work – drives Sales Professionals to work on their days off and outside of their regular hours.

30.     I anticipate that if other Sales Professionals were notified of this lawsuit and given the opportunity to join it, they would likely come forward with claims for unpaid minimum wages.

### VIP Auto's Operations

31.     VIP Auto runs all of their dealerships out of the Levittown Ford offices. That is, the executives and administrative functions of VIP and their related corporations are run out of Levittown Ford.

32.     VIP Auto's owner and President, Joel Sporn's, office is in the Levittown Ford building.

33.     When I was hired, I was given a welcome letter signed by Mr. Sporn, which is attached as Exhibit 4.

34.     Keith Donnelly, General Manager of Westbury Jeep, maintained an office in the Levittown Ford building.

35.     Business Development Center Manager Shawn Reischmann, who is responsible for, among other things, running the internet department for all of VIP's dealerships, maintained an office in the Levittown Ford building.  In this role he oversees the ads VIP Auto runs for its

- 7 -

DocuSign Envelope ID: D9D2C281-58F4-4071-87A9-A2AB9D52ABB5

dealerships and manages the incoming calls to VIP Auto's 1-800 number, which are then routed to Sales Professionals.

36.     The office for Director of Training Dan Ballasy, who is responsible for overseeing the training of all of VIP's employees, is also in the Levittown Ford building.  This training program is known as VIP University, which is in part run through a common training portal (VIP University Online Learning Center) for VIP's dealerships.

37.     Erin Leone, the HR Director, was responsible for human resource matters across all VIP locations.

38.     Although my paystub listed Levittown Ford as my employer, it listed my employer's address at 111 Bond Street, Westbury, New York 11590, as seen on Exhibit 3.  111 Bond Street is where the service department of VIP's Westbury Jeep Chrysler Dodge dealership is located.  Later the address for Levitown Ford was switched to 3195 Hempstead Turnpike, which is the Levitown Ford address, as shown on Exhibit 3 as well.

                                    *       *       *       *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ____3/25/2021_____.

                                                    DocuSign by:

                                                    _____
                                                    D1CB994652C54C2...
                                                    STEVEN MANFREDO

- 8 -

# **<u>Exhibit 1</u>**

| EXT | NAME | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Phone |
|---|---|---|---|---|---|---|---|---|---|
| **MANAGERS** | | | | | | | | | |
| 209 | Dan Krauciunas | 11am-5pm | 8:30-6pm | 8:30-9pm | OFF | 12:30-9pm | 12:30-9pm | 8:30-6pm | 631-459-7103 |
| | | ALT OFF | | | | | | | |
| 229 | Michael Gross | 11am-5pm | 12:30-9pm | OFF | 8:30-9pm | 8:30-6pm | 8:30-5pm | 8:30-6pm | 631-764-2626 |
| | | ALT OFF | | | | | | | |
| 228/213 | George Routsos | 11am-5pm | 12:30-9pm | 8:30-6pm | 8:30-9pm | OFF | 12:30-9pm | 8:30-6pm | 516-449-3341 |
| | | ALT OFF | | | | | | | |
| 226 | Melissa Frangipane | OFF | 9am-6pm | 9am-6pm | 9am-6pm | 9am-6pm | 9am-6pm | OFF | 516-633-1326 |
| 003 | Glenn Dunbar(Fleet) | OFF | 9am-5pm | 9am-5pm | 9am-5pm | 9am-5pm | 9am-5pm | OFF | 516-647-3007 |
| 201 | Angel Rodriguez | OFF | 7am-3pm | 7am-3pm | 7am-3pm | 7am-3pm | 7am-3pm | OFF | 516-532-0933 |
| **TEAM DAN** | | | | | | | | | |
| 204 | Alain Georges Pierre | 11am-5pm | 12:30-9pm | 8:30-6pm | OFF | 12:30-9pm | 12:30-9pm | 8:30-6pm | 646-683-8609 |
| 206 | Kevin Prieto | 11am-5pm | 8:30-6pm | 12:30-9pm | 12:30-9pm | OFF | 8:30-6pm | 8:30-6pm | 516-589-1631 |
| 215 | Jack Han | OFF | 8:30-6pm | 8:30-5pm | 8:30-6pm | 8:30-5pm | 8:30-5pm | OFF | 917-609-7901 |
| 202 | Bob Warner | 11am-5pm | 12:30-9pm | OFF | 12:30-9pm | 8:30-6pm | 8:30-6pm | 8:30-6pm | 516-817-4449 |
| 210 | Darnell Deforges | 11am-5pm | 12:30-9pm | OFF | 12:30-9pm | 8:30-6pm | 8:30-6pm | 8:30-6pm | 516-366-9385 |
| 407 | Jonathan Persaud | 11am-5pm | 8:30-9pm | OFF | 8:30-9pm | OFF | 12:30-9pm | 8:30-6pm | 347-480-8448 |
| 212 | Frank Monteforte | 11am-5pm | 8:30-9pm | OFF | 8:30-9pm | OFF | 8:30-6pm | 8:30-6pm | 631-831-4879 |
| **TEAM MICHAEL** | | | | | | | | | |
| 320 | Thomas Feeney | 11am-5pm | 8:30-6pm | 8:30-6pm | OFF | 12:30-9pm | 12:30-9pm | 8:30-6pm | 516-304-2852 |
| 225 | Bob Delvicario | 11am-5pm | 8:30-6pm | 12:30-9pm | 12:30-9pm | OFF | 8:30-6pm | 8:30-6pm | 347-931-8481 |
| | Steven Manfredo | 11am-5pm | 12:30-9pm | 12:30-9pm | OFF | 8:30-6pm | 12:30-9pm | 8:30-6pm | 631-559-3431 |
| 220 | Manuel Mori | 11am-5pm | 12:30-9pm | 8:30-6pm | 8:30-9pm | OFF | 12:30-9pm | 8:30-6pm | 631-487-8894 |
| 214 | Jonathan Iannielli | 11am-5pm | 8:30-6pm | 12:30-9pm | 8:30-6pm | 12:30-9pm | OFF | 8:30-6pm | 631-575-2747 |
| 419 | Joel Jones | 11am-5pm | 12:30-9pm | 8:30-6pm | OFF | 12:30-9pm | 8:30-6pm | 8:30-6pm | 347-309-9259 |
| 453 | Zack Ortmann | 11am-5pm | 12:30-9pm | OFF | 8:30-6pm | 8:30-6pm | 12:30-9pm | 8:30-6pm | 631-355-4925 |
| **FINANCE** | | | | | | | | | |
| 406 | Adam Diaz | 11am-5pm | 8:30-6pm | OFF | 8:30-6pm | 8:30-6pm | 1:30pm-9pm | 8:30-6pm | 347-239-6330 |
| | | ALT OFF | | | | | | | |
| 221 | Vinny Felice | 11am-5pm | 12pm-close | 8:30-6pm | OFF | 12pm-close | 8:30-6pm | 8:30-6pm | 516-662-1918 |
| | | ALT OFF | | | | | | | |
| 207 | Joe Kinder | 11am-5pm | 12pm-close | 12pm-close | 8:30-6pm | OFF | 8:30-6pm | 8:30-6pm | 631-987-1610 |
| | | ALT OFF | | | | | | | |
| **RECEPTION TEAM/BILLER** | | | | | | | | | |
| 230 | Carly Ortmann | 11am-5pm | 9am-5pm | 2pm-9pm | 9am-2pm | 9am-9pm | OFF | 9am-6pm | 631-355-4924 |
| 219 | Faith Donitz | OFF | 5pm - 9pm | OFF | 5pm - 9pm | 5pm - 9pm | 9am - 9pm | 9am - 6pm | 516-512-9474 |
| 513 | Darlene Perillo | OFF | 9am-5pm | 9am-5pm | 9am-5pm | 9am-5pm | OFF | 9am-6pm | 516-319-0046 |
| 227 | Monica Von Gonten | 11am-5pm | 9am-5pm | 1pm-9pm | 9am-5pm | OFF | 9am-5pm | 9am-6pm | 516-659-8467 |
| | | ALT OFF | | | | | | | |
| **PORTERS** | | | | | | | | | |
| | Briam Bonilla | OFF | 12pm-9pm | 1pm-9pm | OFF | 1pm-9pm | 3pm-9pm | 9am-6pm | 516-725-6553 |
| | Francisco Rivera | OFF | 8:30am-5pm | OFF | 8:30am-5pm | 8:30am-5pm | 8:30am-5pm | 9am-6pm | 516-749-5728 |
| | Deyvi Quintanilla | OFF | 7am-3:30pm | 7am-3:30pm | 7am-3:30pm | 7am-3:30pm | 7am-3:30pm | OFF | 516-503-5685 |
| | Josh Aguirre | 11am-5pm | 1pm-9pm | 1pm-9pm | 1pm-9pm | 1pm-9pm | OFF | OFF | 516-288-6442 |
| | Eric Agraz | OFF | 8am-4pm | 8am-4pm | 8am-4pm | 8am-4pm | 8am-4pm | OFF | 516-939-5075 |

P 000138

# **<u>Exhibit 2</u>**

3FV   000569   000301         0000010027   1

# Earnings Statement

LEVITTOWN  FORD
3195  HEMPSTEAD  TURNPIKE
LEVITTOWN,  NY  11756

| | |
|---|---|
| Period  Beginning: | 12/25/2019 |
| Period  Ending: | 12/31/2019 |
| Pay  Date: | 01/03/2020 |

Taxable  Marital  Status:     Single
Exemptions/Allowances:
   Federal:          0
   NY:               0

### STEVEN   MANFREDO

| Earnings | rate | salary/hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | | 400.00 | 400.00 | 400.00 |
| **Gross Pay** | | | **$400.00** | 400.00 |

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Max  Elig/Comp | 400.00 | 400.00 |
| Mcttax | 1.09 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -26.06 | 26.06 |
| | Social Security Tax | -19.96 | 19.96 |
| | Medicare Tax | -4.67 | 4.67 |
| | NY State Income Tax | -7.27 | 7.27 |
| | NY SUI/SDI Tax | -0.60 | 0.60 |
| | NY Paid Family Leave Ins | -1.08 | 1.08 |
| | **Other** | | |
| | Dental Pretax | -9.08* | 9.08 |
| | Pretax Medical | -69.00* | 69.00 |
| | **Net Pay** | **$262.28** | |
| | Checking 1 | -262.28 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**
COMPANY  PH# :516-333-2666

BASIS  OF  PAY:  SALARY

\*  **Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $321.92

© 2000 ADP, LLC

LEVITTOWN  FORD
3195  HEMPSTEAD  TURNPIKE
LEVITTOWN,  NY  11756

| | |
|---|---|
| Advice  number: | 00000010027 |
| Pay  date: | 01/03/2020 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| STEVEN  MANFREDO | XXXXXXXX | XXXX  XXXX | $262.28 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE



3FV   000569   000301          0000420027   1

# Earnings  Statement

**LEVITTOWN  FORD**
111  BOND  STREET
WESTBURY,   NY  11590

| | |
|---|---|
| Period  Beginning: | 10/10/2018 |
| Period  Ending: | 10/16/2018 |
| Pay  Date: | 10/19/2018 |

Taxable  Marital  Status:   Single
Exemptions/Allowances:
    Federal:          0
    NY:                  0

### STEVEN  MANFREDO

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 400.00 | | 400.00 | 12,000.00 |
| Commission | | | | 22,567.46 |
| **Gross Pay** | | | **$400.00** | 34,567.46 |

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Max  Elig/Comp | 400.00 | 34,567.46 |
| Mcttax | 1.20 | |

**Important  Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 516-333-2666

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -30.31 | 4,542.64 |
| | Social  Security  Tax | -21.96 | 2,082.89 |
| | Medicare  Tax | -5.14 | 487.13 |
| | NY  State  Income  Tax | -8.72 | 1,587.19 |
| | NY  SUI/SDI  Tax | -0.60 | 17.40 |
| | NY  Paid  Family  Leave  Ins | -0.50 | 43.53 |
| | **Other** | | |
| | Pretax  Medical | -45.78* | 972.48 |
| | **Net Pay** | **$286.99** | |
| | Checking  1 | -286.99 | |
| | **Net Check** | **$0.00** | |

\* **Excluded  from  federal  taxable  wages**
   Your  federal  taxable  wages  this  period  are  $354.22

© 2000 ADP, LLC

LEVITTOWN  FORD
111  BOND  STREET
WESTBURY,  NY  11590

| | |
|---|---|
| Advice  number: | 00000420027 |
| Pay  date: | 10/19/2018 |

*THIS IS NOT A CHECK*

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| STEVEN  MANFREDO | XXXXXXXXX | XXXX  XXXX | $286.99 |

## NON-NEGOTIABLE

3FV  000569  000301  0000480021  1

# Earnings Statement

**LEVITTOWN FORD**
111 BOND STREET
WESTBURY, NY 11590

| | |
|---|---|
| Period Beginning: | 11/21/2018 |
| Period Ending: | 11/27/2018 |
| Pay Date: | 11/30/2018 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
NY: 0

### STEVEN MANFREDO

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 400.00 | | 400.00 | 14,400.00 |
| Commission | | | | 26,019.17 |
| **Gross Pay** | | | **$400.00** | 40,419.17 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 400.00 | 40,419.17 |
| Mcttax | 1.20 | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 516-333-2666

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -30.31 | 5,129.20 |
| | Social Security Tax | -21.96 | 2,428.66 |
| | Medicare Tax | -5.13 | 567.99 |
| | NY State Income Tax | -8.72 | 1,797.19 |
| | NY SUI/SDI Tax | -0.60 | 21.00 |
| | NY Paid Family Leave Ins | -0.50 | 50.90 |
| | **Other** | | |
| | Pretax Medical | -45.78* | 1,247.16 |
| | **Net Pay** | **$287.00** | |
| | Checking 1 | -287.00 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $354.22

© 2000 ADP, LLC

LEVITTOWN FORD
111 BOND STREET
WESTBURY, NY 11590

| | |
|---|---|
| Advice number: | 00000480021 |
| Pay date: | 11/30/2018 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| STEVEN MANFREDO | XXXXXXXX | XXXX XXXX | $287.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

P 000048

3FV   000569   000301        0000070027   1

# Earnings Statement

LEVITTOWN FORD
111 BOND STREET
WESTBURY, NY 11590

| Period Beginning: | 02/06/2019 |
|---|---|
| Period Ending: | 02/12/2019 |
| Pay Date: | 02/15/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   0
   NY:   0

### STEVEN MANFREDO

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 400.00 | | 400.00 | 2,800.00 |
| Commission | | | | 3,209.35 |
| **Gross Pay** | | | **$400.00** | 6,009.35 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 400.00 | 6,009.35 |
| Mcttax | 1.20 | |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -30.00 | 591.93 |
| Social Security Tax | -21.96 | 352.71 |
| Medicare Tax | -5.14 | 82.49 |
| NY State Income Tax | -8.72 | 213.22 |
| NY SUI/SDI Tax | -0.60 | 4.20 |
| NY Paid Family Leave Ins | -0.61 | 9.18 |

| Other | | |
|---|---|---|
| Pretax Medical | -45.78* | 320.46 |
| **Net Pay** | **$287.19** | |
| Checking 1 | -287.19 | |
| **Net Check** | **$0.00** | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 516-333-2666

\* **Excluded from federal taxable wages**
  Your federal taxable wages this period are $354.22

© 2000 ADP, LLC

LEVITTOWN FORD
111 BOND STREET
WESTBURY, NY 11590

| Advice number: | 00000070027 |
|---|---|
| Pay date: | 02/15/2019 |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| STEVEN MANFREDO | XXXXXXXX | XXXX XXXX | $287.19 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

P 000063

# **Exhibit 3**

| 3FV | 000569 000301 | 0000460029 | 1 |

# Earnings Statement

**ADP**

LEVITTOWN FORD
111 BOND STREET
WESTBURY, NY 11590

| | |
|---|---|
| Period Beginning: | 11/06/2019 |
| Period Ending: | 11/12/2019 |
| Pay Date: | 11/15/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:       0
  NY:             0

**STEVEN  MANFREDO**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 400.00 | | 400.00 | 18,000.00 |
| Commission | | | 1,354.65 | 39,569.28 |
| Vacation | | | | 851.97 |
| **Gross Pay** | | | **$1,754.65** | 58,421.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -273.13 | 7,520.51 |
| | Social Security Tax | -103.95 | 3,451.50 |
| | Medicare Tax | -24.31 | 807.21 |
| | NY State Income Tax | -89.76 | 2,607.26 |
| | NY SUI/SDI Tax | -0.60 | 27.60 |
| | NY Paid Family Leave Ins | -2.68 | 89.37 |
| | **Other** | | |
| | Dental Pretax | -9.08* | 181.60 |
| | Pretax Medical | -69.00* | 2,570.28 |
| | **Net Pay** | **$1,182.14** | |
| | Checking 1 | -1,182.14 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,754.65 | 58,421.25 |
| Mcttax | 5.70 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 516-333-2666

BASIS OF PAY: SALARY

* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,676.57

© 2000 ADP, LLC

LEVITTOWN FORD
111 BOND STREET
WESTBURY, NY 11590

| | |
|---|---|
| Advice number: | 00000460029 |
| Pay date: | 11/15/2019 |

THIS IS NOT A CHECK

Deposited to the account of
**STEVEN  MANFREDO**

| account number | transit ABA | amount |
|---|---|---|
| XXXXXXXX | XXXX XXXX | $1,182.14 |

**NON-NEGOTIABLE**

3FV   000569  000301          0000470021     1

# Earnings Statement

**ADP**

LEVITTOWN   FORD
3195  HEMPSTEAD   TURNPIKE
LEVITTOWN,  NY 11756

| | |
|---|---|
| Period  Beginning: | 11/13/2019 |
| Period  Ending: | 11/19/2019 |
| Pay  Date: | 11/22/2019 |

Taxable  Marital Status:    Single
Exemptions/Allowances:
Federal:         0
NY:              0

## STEVEN   MANFREDO

| Earnings | rate | salary/hours | this  period | year  to date |
|---|---|---|---|---|
| Regular | 400.00 | | 400.00 | 18,400.00 |
| Commission | | | 74.01 | 40,268.29 |
| Vacation | | | | 851.97 |
| **Gross Pay** | | | **$474.01** | 59,520.26 |

| Other  Benefits  and Information | this  period | total  to date |
|---|---|---|
| Max  Elig/Comp | 474.01 | 59,520.26 |
| Mcttax | 1.35 | |

### Important  Notes
COMPANY  PH# :516-333-2666

BASIS  OF  PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -35.01 | 7,588.79 |
| | Social  Security  Tax | -24.55 | 3,514.80 |
| | Medicare  Tax | -5.74 | 822.01 |
| | NY  State  Income  Tax | -10.81 | 2,620.30 |
| | NY  SUI/SDI  Tax | -0.60 | 28.20 |
| | NY  Paid  Family  Leave  Ins | -0.73 | 91.06 |
| | **Other** | | |
| | Dental  Pretax | -9.08* | 190.68 |
| | Pretax  Medical | -69.00* | 2,639.28 |
| | **Net Pay** | **$318.49** | |
| | Checking 1 | -318.49 | |
| | **Net  Check** | **$0.00** | |

\* **Excluded  from  federal  taxable  wages**
  Your  federal  taxable  wages  this  period  are  $395.93

© 2000 ADP, LLC

LEVITTOWN  FORD
3195  HEMPSTEAD  TURNPIKE
LEVITTOWN,  NY  11756

| | |
|---|---|
| Advice  number: | 00000470021 |
| Pay  date: | 11/22/2019 |

THIS IS NOT A CHECK

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| STEVEN   MANFREDO | XXXXXXXX | XXXX  XXXX | $318.49 |

## NON-NEGOTIABLE



**RAM**

📍 100 JERICHO TPKE, JERICHO, NY 11753-1004

## SALES: 516-240-9892
SERVICE: 516-564-2640
PARTS: 516-564-2467



Select Language ▼

| Search Inventory |
|---|

# Directions to Service Department



## Elite Service & Parts Center

From the Meadowbrook Parkway - Take Old Country Road Exit East approx 1 1/2 miles to State Street (2 blocks after Tesaro Restaurant), make a left onto State Street follow to Summa Street, make right onto Summa and first left onto Bond Street (dead end), Service & Parts on left.

From Northern State Parkway - Take Post Avenue Exit south to Old Country Road, Make left onto Old Country Road and follow to State Street approx 1 mile and make left onto State Street follow to Summa Street make right onto Summa and first left onto Bond Street, Service & Parts on left.

### Contact

Westbury Jeep Chrysler Dodge, Inc.

111 Bond Street
Westbury, Long Island, NY 11590

Service: 516-564-2640

### Hours

| Monday | 07:30AM – 12:00AM |
|---|---|
| Tuesday | 07:30AM – 12:00AM |
| Wednesday | 07:30AM – 12:00AM |
| Thursday | 07:30AM – 12:00AM |
| Friday | 07:30AM – 12:00AM |
| S | |
| C | |

I'm online and happy to help! How may I help you? 😊

**Schedule Test Drive**

Send Message

**Text Us: 5162711858**

DocuSign Envelope ID: 1F048026-8596-4DCG-B669-B46B109A040D



C

I'm online and happy to help! How may I help you? 😊

Schedule Test Drive

Send Message



Text Us: 5162711858

# **Exhibit 4**

DocuSign Envelope ID: 1F048026-8596-4DCC-B669-B46B103A040D



Hello Steven,

Congratulations on your decision to work within the stores of the VIP Auto Group of Long Island, LLC. As a member of the VIP Auto Group family, there's a lot to be proud of ... and there's never been a more exciting time to be here.

Our management team is leading the way towards an even better future. Record sales have been the market's response to our exciting offering of vehicles. We continue to showcase new products and state-of-the-art technologies.

The momentum doesn't stop with our product offerings. The VIP University, the training arm of the  Group, provides comprehensive support to quickly and efficiently bring new and experienced professionals up-to-speed on what they need to know now to succeed and provide consumers with an experience that is noticeably different.

As you'll see, we offer:

- A personalized curriculum based upon your role within the organization
- Comprehensive web-based training that you can take any time, anywhere
- Live, instructor-led courses
- Manufacturer sponsored training and certification
- And much more

At the VIP Auto Group, we're in the business of helping you succeed — and we have the track record to prove it. We know you will find the process of becoming an employee an easy one. We wish you the best in your new position. And again, welcome aboard!

Sincerely,

Joel Sporn
President & CEO, VIP Auto Group of Long Island , LLC